E-FILED- 1/27/15
LINK# 97

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOREN STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD JOHNSON INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 - 10,<br><br>Defendants. | Case No.: 12-CV-01684 PSG (MANx)<br><br>Assigned to Hon. Philip S. Gutierrez<br><br><u>CLASS ACTION</u><br><br>**ORDER TO CONTINUE FILING DEADLINE RE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Complaint filed: February 28, 2012 |

Pursuant to Stipulation, and for good cause shown, in light of the requested continuance of the filing deadline for the Motion for Preliminary Approval of Class Settlement, the Motion shall be filed by March 17, 2015. If the Motion is not filed,

[PROPOSED] STIPULATED ORDER TO CONTINUE FILING DEADLINE RE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT

an Order to Show Cause as to why the Motion has not been filed will be heard on March 30, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 1/27/15

**PHILIP S. GUTIERREZ**

HON. PHILIP S. GUTIERREZ
United States District Judge