E-FILED 3/12/15

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOREN STONE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOWARD JOHNSON INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 - 10,<br><br>　　　　　Defendants. | Case No.: 12-CV-01684 PSG (MANx)<br><br>Assigned to Hon. Philip S. Gutierrez<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] **STIPULATED ORDER TO CONTINUE FILING DEADLINE RE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Complaint filed: February 28, 2012 |

Pursuant to Stipulation, and for good cause shown, in light of the requested continuance of the filing deadline for the Motion for Preliminary Approval of Class Settlement, the Motion shall be filed by April 16, 2015. If the Motion is not filed, an Order to Show Cause as to why the Motion has not been filed will be heard on April

27, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: __3/12/15_____           PHILIP S. GUTIERREZ
                                 _____
                                 HON. PHILIP S. GUTIERREZ
                                 United States District Judge