E-FILED 11/30/15

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN STONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOWARD JOHNSON INTERNATIONAL, INC., a Delaware Corporation; and DOES 1 - 10,<br><br>Defendants. | Case No. 12-CV-01684 PSG (MANx)<br><br>[~~PROPOSED~~] FINAL ORDER APPROVING CLASS ACTION SETTLEMENT AND JUDGMENT; NOTICE OF ENTRY OF JUDGMENT<br><br>Judge:    Hon. Philip S. Gutierrez<br>Date:     November 30, 2015<br>Time:     1:30 p.m.<br>Crtrm.:   880 - Roybal |

The Court conducted a hearing regarding the fairness and final approval of the Settlement Agreement and Release and Plaintiff's application for approval of attorneys' fees and costs and Class Representative's service payment on November 30, 2015, at 1:30 p.m., the Honorable Philip S. Gutierrez presiding.

The parties appeared by and through their respective counsel of record. There were no other appearances.

After considering the papers and the arguments of counsel, and good cause appearing, the Court hereby GRANTS Plaintiff's Motion for Final Approval of Class Settlement, and Plaintiff's Motion for Attorneys' Fees, Costs and Service Payment, and rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. On June 5, 2015, this Court granted preliminary approval of the proposed Settlement now before the Court. Order Granting Preliminary Approval of Class Action Settlement [Dkt. 115] ("Preliminary Approval Order").

2. The Settlement Agreement and Release (hereafter, the "Settlement Agreement") and all definitions set forth therein are hereby incorporated with and made part of this Final Order Approving Class Action Settlement and Judgment ("Final Order and Judgment").

3. This Court has jurisdiction over the subject matter of this Action and all parties to this Action, including the Settlement Class Members, as defined in the Preliminary Approval Order, and Defendants Howard Johnson International, Inc. ("HJI") and Wyndham Hotel Group, LLC ("WHG").  Specifically, the members of the Class that are subject to this Final Order and Judgment are all natural persons who were California residents and who telephoned Howard Johnson's toll free reservations while physically located in California, between February 28, 2011, and March 23, 2012, (the "Class Period"), who spoke to a call center agent and who did not consent to their telephone conversation being recorded.

4. This action satisfies the applicable prerequisites for class treatment as the Class is so numerous that joinder of all members is impracticable, there are questions of law and fact common to the Class, the claims of the representative of the Class are typical of the claims of the members of the Class, and the representative of the Class has fairly and adequately protected the interests of the members of the Class. Further, questions of law and fact common to the members of the Class predominate over any questions affecting only individual members, and a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

5. The Settlement Agreement previously filed in this action as part of Plaintiff's Motion for Preliminary Approval, and the terms set forth therein, are hereby found and determined to be fair, reasonable, and adequate, and are hereby approved and ordered to be performed by all parties.

6. The Court finds that the form, manner and content of the Class Notice as provided in the Preliminary Approval Order and Exhibits "A" through "C" thereto provided a means of notice reasonably calculated to apprise the Class Members of the pendency of the action and the proposed settlement, and thereby met the requirements of Rule 23(c)(2) of the Federal Rules of Civil Procedure, as well as due process under the United States Constitution and any other applicable law, and constituted due and sufficient notice to all Class Members entitled thereto. Specifically, individual notice was provided by e-mail and mail to those potential Class Members who Defendants' records identify as having called and spoken with a call center agent of Defendants during the Class Period, and class notice was provided to all other potential Class Members by publishing such notice in USA Today (within distribution zones covering California), banner advertisements posted on the MNI Network, targeted to the San Francisco, Los Angeles, Fresno, Sacramento, and San Diego markets, and further media outreach performed by disseminating the notice through the TopClassActions.com newsletter and blog.

The Court finds that the Claims Administrator, Gilardi & Co., LLC, has provided notice in accordance with the Preliminary Approval Order and satisfied the notice requirements set forth in the Class Action Fairness Act and any other applicable law.

7. The Court has been advised that __0__ Class Members have excluded themselves from the Class and __0__ have objected.

8. This Final Order and Judgment applies to all claims or causes of action settled under the terms of the Settlement Agreement, and shall be fully binding with respect to all Class Members who did not properly request exclusion pursuant to the Preliminary Approval Order.

9. Class Representative Loren Stone and all Class Members who did not properly request exclusion are barred and permanently enjoined from asserting, instituting, or prosecuting, either directly or indirectly, any claims released under the Settlement Agreement which they had, or have, to the extent provided in the Settlement Agreement. All claims of the Class Representative and all Class Members shall be conclusively deemed released and discharged as to HJI and WHG, to the extent provided in the Settlement Agreement.

10. The Claims Administrator shall conduct all administration of the Settlement Fund. The Claims Administrator shall disburse attorneys' fees and costs to the Class Counsel from the Settlement Fund as ordered by the Court. The Claims Administrator shall prepare and issue all disbursements of the Individual Settlement Payments from the Settlement Fund to Participating Class Members within the time period specified in the Settlement Agreement, and any remaining funds to the Privacy Rights Clearinghouse, pursuant to Sections VIII(B) and (C) of the Settlement Agreement.

11. All claims asserted by the Class Representative and the Class Members in this Action are hereby dismissed with prejudice.

1    12.   The Court finds that Class Counsel are qualified to represent the
2  Settlement Class. The Court hereby grants Class Counsel's request for an award of
3  attorneys' fees in the amount of $ 375,000 and costs in the amount
4  of $ 150,000 to be paid from the Settlement Fund.  The Court
5  finds that the amount of this award is fair and reasonable in light of the efforts
6  expended by Class Counsel in prosecuting this Action, the results obtained and the
7  total claims administration costs yet to be paid to the Claims Administrator.

8    13.   The Court finds that it is appropriate for the Class Representative to be
9  paid a one-time payment of $ 10,000 from the Settlement Fund,
10 which amount shall include compensation for the telephone call he claims was
11 recorded without his notice or consent as well as compensation for instituting,
12 prosecuting and bearing the laboring oar and risk of this litigation. This shall be the
13 only consideration paid to the Class Representative.

14   14.   Without affecting the finality of this Final Order and Judgment in any
15 way, the Court hereby retains continuing jurisdiction over the parties for the
16 purpose of construing, enforcing and administering this Final Order and Judgment,
17 and the terms of the Settlement Agreement.

18   15.   This Final Order and Judgment is a final judgment for purposes of
19 appeal and this document shall be considered notice of entry of such judgment.
20 There being no just reason for delay in the entry of final judgment the Clerk is
21 hereby directed to enter judgment thereon.

23    IT IS SO ORDERED.

25 Dated:    11/30/15

            HON. PHILIP S. GUTIERREZ
            United States District Court Judge

4    [PROPOSED] FINAL ORDER APPROVING
     CLASS ACTION SETTLEMENT AND
     JUDGMENT